USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/14/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JADE TRINH,

          Plaintiff,

-against-

VERSO CORPORATION, ROBERT K. BECKLER, RANDY J. NEBEL, MARVIN COOPER, NANCY M. TAYLOR, and JEFFREY E. KIRT,

          Defendants.

22 Civ. 874 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 3, 2022, the Court indicated its intent to consolidate this case with *O'Dell v. Verso Corp. et al.*, No. 22 Civ. 575, and *Whitfield v. Verso Corp. et al*, No. 22 Civ. 715. ECF No. 8. Since that date, the other two cases have been voluntarily dismissed. *See* No. 22 Civ. 575, ECF No. 10; No. 22 Civ. 715, ECF No. 8. Accordingly, this case will not be consolidated and the deadlines set forth in ECF No. 8 are ADJOURNED *sine die*.

    SO ORDERED.

Dated: March 14, 2022
       New York, New York

                                    ANALISA TORRES
                                United States District Judge